# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| AMERICAN POWER, LLC, | : | Case No. 3:17-cv-347 |
| | : | Case No. 3:21-cv-21 |
| Plaintiff, | : | |
| | : | CONSOLIDATED |
| vs. | : | |
| | : | District Judge Michael J. Newman |
| DOUGLAS O. HARRIS, *et al.*, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendants. | : | |
| | : | |
| DEKTRIX, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| ADIL BAGUIROV, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The discovery phase of this case has ended.  No discovery motions or other matters referred to the undersigned Judicial Officer remain pending.  The case is presently set for further proceedings, including trial, before United States District Judge Michael J. Newman.  The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No motions or other matters in this case remain pending before the undersigned Judicial Officer.

October 17, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge